UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

S.M. and L.C., individually and on
behalf of L.C. a minor

    Plaintiffs,

v.                                                  Case No:   2:14-cv-237-FtM-38CM

HENDRY COUNTY SCHOOL
BOARD,

    Defendant.
_____

## ORDER

Before the Court is Plaintiff's Joint Motion to Seal (Doc. 36), filed on June 16, 2015.  Plaintiff requests the Court enter an order sealing the 89 exhibits that were admitted during the final hearing in this matter.  Doc. 36 at 1.  The exhibits are educational records of the minor, L.C., as defined under the Family Education Rights and Privacy Act.  *Id.*  Plaintiff states that sealing the documents is necessary because the documents contain confidential information regarding Plaintiff's medical and psychological condition as well as educational records.  *Id.* at 2.  Plaintiff has conferred with Defendant who has no opposition to the requested relief.

Pursuant to Local Rule 1.09(a),

> [u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal;

(v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal.  The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

M.D. Fla. Rule 1.09(a).

Upon review, the Court finds that Plaintiff has sufficiently identified and described the documents proposed for sealing and sufficiently explained that filing the documents under seal is necessary.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Joint Motion to Seal (Doc. 36) is **GRANTED**.

2. Counsel may file the proposed documents under seal with the Clerk of Court.

**DONE** and **ORDERED** in Fort Myers, Florida on this 22nd day of June, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record